# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Josue Ariel Fuentes and Christian Ayala Rivas ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-408 |
| ) | |
| ) | |
| U.S. Citizenship and Immigration Services, ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

Pursuant to the order of this Court entered on November 15, 2024, and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant, U.S. Citizenship and Immigration Services, and against the Plaintiffs, Josue Ariel Fuentes and Christian Ayala Rivas.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
T. Armentrout
Deputy Clerk

Dated: 11/15/2024
Alexandria, Virginia